UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                      Plaintiff,

      -against-

JASON GALANIS, et al.,

                    Defendant.

15 CR 643 ( PKC )

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __Kevin V. Ryan__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __John Galanis__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __California__ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: October 2, 2015

Respectfully Submitted,

*/s/ Kevin V. Ryan*

Applicant Signature

Applicant's Name: Kevin V. Ryan

Firm Name: The Law Offices of Kevin V. Ryan

Address: 88 Kearny Street, 10th Floor

City / State / Zip: San Francisco, CA 94108

Telephone / Fax: Tel: (415) 651-2884 / Fax: (415) 393-8087

E-Mail: kevinryanrex@gmail.com