UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
                                   Plaintiff,

                -against-

JASON GALANIS, et al.,
                                   Defendant.

15 CR 643      ( PKC )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of _____Kevin V. Ryan_____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

California ; and that his/her contact information is as follows (please print):

Applicant's Name: Kevin V. Ryan

Firm Name: The Law Offices of Kevin V. Ryan

Address: 88 Kearny Street, 10th Floor

City / State / Zip: San Francisco, CA 94108

Telephone / Fax: Tel: (415) 651-2884 / Fax: (415) 393-8087

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

John Galanis in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 10-6-15

_____
United States District / ~~Magistrate Judge~~

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-6-15