# PELUSO & TOUGER, LLP
### ATTORNEYS AT LAW
### 70 LAFAYETTE STREET
### NEW YORK, NEW YORK 10013

**MEMO ENDORSED**

TELEPHONE: (212) 608-1234
FACSIMILE: (212) 513-1989

January 19, 2016

Honorable Kevin P. Castel
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: United States v. John Galanis,
    15 CR 643 (KPC)

*[Handwritten endorsement: "The appointment of Mr. Joyce to assist Mr. Touger in the representation of John Galanis for an initial period of 50 hours is approved under the CJA Plan." "a member of the Court's CJA Panel" "SO ORDERED" [signature] USDJ 1-19-16]*

Your Honor,

I am writing on behalf of the defendant, John Galanis. Last week at the Court conference in this matter, held on January 15th the Court appointed me to represent Mr. Galanis. At the time I raised the question to the Court that due to the volume of materials in this case and the aggressive motion and trial schedule if the Court would appoint Patrick Joyce as co-counsel in this matter. The Court is well aware of the volume of materials in this case and the complicated nature of the case. I briefly outlined the details before the Court at the last conference so I will not repeat myself herein. The Government did not object to the application and the Court told me to check with Mr. Tritz the CJA Coordinator. I spoke with Mr. Tritz in detail and he has informed me that he has no objection to the appointment of co-counsel in this matter due to the nature of the case and furthermore has no objection to the appointment of Patrick Joyce, Esq. to serve in that role. He understands that the appointment of Mr. Joyce would be the most economical choice due to the proximity of our two offices.

Therefore, I respectfully request that the Court issue an Order appointing Patrick Joyce, Esq. as co-counsel for Mr. John Galanis in this matter. Thank you very much for your understanding in this matter.

Respectfully yours,

David Touger

cc: AUSA Brian Blades
    Jerry Tritz, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-20-16