# PELUSO & TOUGER, LLP
*ATTORNEYS AT LAW*
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*

TELEPHONE: (212) 608-1234
FACSIMILE:   (212) 513-1989

February 3, 2016

Honorable Kevin P. Castel
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

    Re: <u>United States v. John Galanis</u>,
        15 CR 643 (KPC)

Your Honor,

    Pursuant to this Court's Order (Dkt. No. 156), Defendant John Galanis advises that he and his counsel are available to try the above-entitled case starting on September 12, 2016. Defendant John Galanis further advises that he consents to the exclusion of time until September 12, 2106, under the Speedy Trial Act for the reasons stated in the motions for a continuance.

Thank you very much for your understanding in this matter.

                Respectfully yours,

                David Touger

cc: AUSA Brian Blades
    All counsel