UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                          15-cr-643-2 (PKC)

       -against-                               ORDER

JOHN GALANIS,

                       Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

       The government shall respond to the defendant's motion for compassionate release by May 22, 2020.  The Court will hear telephonic argument on May 26, 2020 at 2 p.m.

       The call-in information for the proceeding is as follows:

       Dial-in number: (888) 363-4749

       Access code: 3667981

       SO ORDERED.

                                            P. Kevin Castel
                                            United States District Judge

Dated:  New York, New York
           May 13, 2020